**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-45010-DRC
§
RITA PANZARINO §
§
§
Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/07/2010. The undersigned trustee was appointed on 10/07/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $200,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $32,917.39 |
    | Bank service fees | $3,397.13 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $163,685.48 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/02/2011 and the deadline for filing government claims was 03/02/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,250.00, for a total compensation of $13,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $1,138.48, for total expenses of $1,138.48.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/10/2013                    By:    /s/ David E. Grochocinski
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1                              Exhibit A

| | | |
|---|---|---|
| **Case No.:** 10-45010-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** PANZARINO, RITA | **Date Filed (f) or Converted (c):** | 10/07/2010 (f) |
| **For the Period Ending:** 5/10/2013 | **§341(a) Meeting Date:** | 11/23/2010 |
| | **Claims Bar Date:** | 03/02/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  1/2 INTEREST IN 805 SEACREST LANE, BARTLETT | $330,000.00 | $0.00 | | $200,000.00 | FA |
| 2  1/2 INTERSET IN SMALL LOT IN APPLE CANYON LAKE | $8,000.00 | $0.00 | | $0.00 | FA |
| 3  CASH | $100.00 | $0.00 | | $0.00 | FA |
| 4  CHECKING ACCOUNT | $250.00 | $0.00 | | $0.00 | FA |
| 5  HOUSEHOLD GOODS | $2,000.00 | $0.00 | | $0.00 | FA |
| 6  CLOTHING | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  JEWELRY | $2,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                        **Gross Value of Remaining Assets**
$343,350.00           $0.00                     $200,000.00           $0.00

**Major Activities affecting case closing:**
ADVERSARY PENDING REGARDING SALE OF HOUSE AND AVOIDANCE OF LIEN OF 1ST MORTGAGE; LIEN FILED IN WRONG COUNTY AND 3 YEARSPRIOR THENR EFILED WITHIN 90 DAYS IN DUPAGE COUNTY; SUMMARY JUDGMENT ALLOWED IN MOTION TO SELL PROPERTY; REAL ESTATE SALE APPROVED AND CLOSING PENDING; ADVERSARY JUDGMENT IN FAVOR OF TRUSTEE; AVOIDANCE OF LIEN OF MORTGAGE AS PERFERENCE ON APPEAL BY MORTGAGE COMPANY
APPEAL PENDING FILED BY LITTON

**Initial Projected Date Of Final Report (TFR):** 12/30/2012    **Current Projected Date Of Final Report (TFR):** 06/30/2014    /s/ DAVID E. GROCHOCINSKI
                                                                                                                              DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1     Exhibit B

| Case No. | 10-45010-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | PANZARINO, RITA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9374 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/7/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2012 | | CHICAGO TITLE & TRUST CO | SALE OF 805 SEACREST LANE | * | $168,128.86 | | $168,128.86 |
| | {1} | | $200,000.00 | 1110-000 | | | $168,128.86 |
| | | | COMMISSIONS $(10,000.00) | 3510-000 | | | $168,128.86 |
| | | | REALTOR EXPENSES $(780.49) | 3520-000 | | | $168,128.86 |
| | | | SURVEY $(350.00) | 2500-000 | | | $168,128.86 |
| | | | REDEMPTION OF TAXES $(8,826.33) | 2820-000 | | | $168,128.86 |
| | | | COUNTY TAXES $(300.00) | 2820-000 | | | $168,128.86 |
| | | | TITLE INS, WIRE FEES, ETC $(1,855.50) | 2500-000 | | | $168,128.86 |
| | | | TAX PRORATION 2010 $(8,341.85) | 2820-000 | | | $168,128.86 |
| | | | TAX PRORATION 2011 $(1,416.97) | 2820-000 | | | $168,128.86 |
| 03/09/2012 | 3001 | David Grochocinski | REIMBURSEMENT FOR HOA CHARGES | 2990-003 | | $295.32 | $167,833.54 |
| 03/12/2012 | 3001 | VOID: David Grochocinski | REIMBURSEMENT FOR HOA CHARGES | 2990-003 | | ($295.32) | $168,128.86 |
| 03/12/2012 | 3002 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR HOA CHARGES | 2990-000 | | $295.32 | $167,833.54 |
| 03/16/2012 | 3003 | Tallgrass of Bartlett | PAID ASSESSMENT LETTER CHARGES | 2500-000 | | $595.00 | $167,238.54 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $252.46 | $166,986.08 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $269.46 | $166,716.62 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $269.03 | $166,447.59 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $259.93 | $166,187.66 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $294.12 | $165,893.54 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $233.15 | $165,660.39 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $267.32 | $165,393.07 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $275.50 | $165,117.57 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $249.25 | $164,868.32 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $266.04 | $164,602.28 |
| 02/21/2013 | 3004 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | $155.93 | $164,446.35 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $239.89 | $164,206.46 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $264.97 | $163,941.49 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $256.01 | $163,685.48 |

**SUBTOTALS**     $168,128.86     $4,443.38

**FORM 2**
Page No: 2    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 10-45010-DRC | Trustee Name: David E. Grochocinski |
| Case Name: | PANZARINO, RITA | Bank Name: Green Bank |
| Primary Taxpayer ID #: | ******9374 | Checking Acct #: ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 10/7/2010 | Blanket bond (per case limit): $5,000,000.00 |
| For Period Ending: | 5/10/2013 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | |
|---|---|---|---|---|
| | | **TOTALS:** | $168,128.86 | $4,443.38 | $163,685.48 |
| | | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | | **Subtotal** | $168,128.86 | $4,443.38 | |
| | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | **Net** | $168,128.86 | $4,443.38 | |

For the period of **10/7/2010** to **5/10/2013**

| | |
|---|---|
| Total Compensable Receipts: | $200,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $200,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $36,314.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,314.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **02/16/2012** to **5/10/2013**

| | |
|---|---|
| Total Compensable Receipts: | $200,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $200,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $36,314.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,314.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3    Exhibit B

| Case No. | 10-45010-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | PANZARINO, RITA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9374 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/7/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $168,128.86 | $4,443.38 | $163,685.48 |

| For the period of 10/7/2010 to 5/10/2013 | | For the entire history of the case between 10/07/2010 to 5/10/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $200,000.00 | Total Compensable Receipts: | $200,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $200,000.00 | Total Comp/Non Comp Receipts: | $200,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $36,314.52 | Total Compensable Disbursements: | $36,314.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,314.52 | Total Comp/Non Comp Disbursements: | $36,314.52 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

# CLAIM ANALYSIS REPORT

Page No: 1    Exhibit C

| Case No. | 10-45010-DRC | | | | | | | | | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | PANZARINO, RITA | | | | | | | | | | | Date: | 5/10/2013 |
| Claims Bar Date: | 03/02/2011 | | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park IL 60462 | 01/22/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $13,250.00 | $13,250.00 | $0.00 | $0.00 | $0.00 | $13,250.00 |
| | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park IL 60462 | 05/07/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $1,138.48 | $1,138.48 | $0.00 | $0.00 | $0.00 | $1,138.48 |
| | GINA B KROL TRUSTEE FOR ESTATE OF DOMENICO PANZARINO<br>105 WEST MADISON STREET #1100<br>CHICAGO IL 60602 | 05/10/2013 | Real Estate- -Non-consensual Liens (judgments, mechanics liens) | Allowed | 4120-000 | $0.00 | $49,549.51 | $49,549.51 | $0.00 | $0.00 | $0.00 | $49,549.51 |
| 5 | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE<br>P O Box 7346<br>Philadelphia PA 191017346 | 06/03/2011 | Real Estate- -Non-consensual Liens (judgments, mechanics liens) | Allowed | 4120-000 | $0.00 | $17,735.58 | $17,735.58 | $0.00 | $0.00 | $0.00 | $17,735.58 |
| | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC<br>2150 E Lake Cook Road Suite 560<br>Buffalo Grove IL 60089 | 01/22/2013 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $2,148.00 | $2,148.00 | $0.00 | $0.00 | $0.00 | $2,148.00 |
| | INNOVALAW, PC<br>1900 Ravinia Palce<br>Orland Park IL 60462 | 05/07/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $194.97 | $194.97 | $0.00 | $0.00 | $0.00 | $194.97 |
| | INNOVALAW, PC<br>1900 Ravinia Palce<br>Orland Park IL 60462 | 01/22/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $47,855.00 | $47,855.00 | $0.00 | $0.00 | $0.00 | $47,855.00 |

**CLAIM ANALYSIS REPORT**

Page No: 2  Exhibit C

| Case No. | 10-45010-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | PANZARINO, RITA | | | Date: | 5/10/2013 |
| Claims Bar Date: | 03/02/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CLERK OF THE US BANKRUPTCY COURT  219 S. DEARBORN CHICAGO IL 60604 | 05/10/2013 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| 3 | INTERNAL REVENUE SERVICE  IRS Centralized Insolvency Operation P.O. Bpx 21126 Philadelphia PA 19114 | 02/07/2011 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $66,839.97 | $66,839.97 | $0.00 | $0.00 | $0.00 | $66,839.97 |

**Claim Notes:** (3-1) 2006-2007 Form 1040 tax

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5a | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE  P O Box 7346 Philadelphia PA 191017346 | 06/03/2011 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $36,413.92 | $36,413.92 | $0.00 | $0.00 | $0.00 | $36,413.92 |
| 1 | AMERICAN CONTRACTORS INDEMNITY CO.  c/o Elizer & Meyerson LLC 900 Skokie Blvd, Ste. 100 Northbrook IL 60062 | 01/17/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,212.69 | $14,212.69 | $0.00 | $0.00 | $0.00 | $14,212.69 |
| 2 | MIDLAND FUNDING LLC  By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami FL 331311605 | 01/25/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $980.39 | $980.39 | $0.00 | $0.00 | $0.00 | $980.39 |
| 4 | VCNA PRAIRIE, ILLINOIS INC.  c/o John J. O'Leary, Walters Levine Klingensmith & Thomison 20 S Clark Street #500 Chicago IL 60603 | 03/01/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $175,766.50 | $175,766.50 | $0.00 | $0.00 | $0.00 | $175,766.50 |

**Claim Notes:** (4-1) Claim on Personal Guaranty of debt of A & R Cement, Inc

**CLAIM ANALYSIS REPORT**

Page No: 3    Exhibit C

| Case No. | 10-45010-DRC | | | | | | | Trustee Name: | David E. Grochocinski | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | PANZARINO, RITA | | | | | | | Date: | 5/10/2013 | | | |
| Claims Bar Date: | 03/02/2011 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5b | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE P O Box 7346 Philadelphia PA 191017346 | 06/03/2011 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $10,313.74 | $10,313.74 | $0.00 | $0.00 | $0.00 | $10,313.74 |
| | PANZARINO, RITA 805 SEACREST LANE BARTLETT IL 60103 | 05/10/2013 | Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part) | Allowed | 8200-002 | $0.00 | $(13,947.37) | $(13,947.37) | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Debtor Surplus

| | | | | | | $422,701.38 | $422,701.38 | $0.00 | $0.00 | $0.00 | $436,648.75 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**CLAIM ANALYSIS REPORT**   Page No: 4   Exhibit C

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 10-45010-DRC | | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | PANZARINO, RITA | | **Date:** | 5/10/2013 |
| **Claims Bar Date:** | 03/02/2011 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $2,148.00 | $2,148.00 | $0.00 | $0.00 | $0.00 | $2,148.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $194.97 | $194.97 | $0.00 | $0.00 | $0.00 | $194.97 |
| Attorney for Trustee Fees (Trustee Firm) | $47,855.00 | $47,855.00 | $0.00 | $0.00 | $0.00 | $47,855.00 |
| Claims of Governmental Units | $103,253.89 | $103,253.89 | $0.00 | $0.00 | $0.00 | $103,253.89 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| General Unsecured § 726(a)(2) | $190,959.58 | $190,959.58 | $0.00 | $0.00 | $0.00 | $190,959.58 |
| Real Estate--Non-consensual Liens (judgments, mechanics liens) | $67,285.09 | $67,285.09 | $0.00 | $0.00 | $0.00 | $67,285.09 |
| Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part) | ($13,947.37) | ($13,947.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured § 726(a)(3) | $10,313.74 | $10,313.74 | $0.00 | $0.00 | $0.00 | $10,313.74 |
| Trustee Compensation | $13,250.00 | $13,250.00 | $0.00 | $0.00 | $0.00 | $13,250.00 |
| Trustee Expenses | $1,138.48 | $1,138.48 | $0.00 | $0.00 | $0.00 | $1,138.48 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 10-45010-DRC
Case Name: RITA PANZARINO
Trustee Name: David E. Grochocinski

Balance on hand: $163,685.48

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 0 | GINA B KROL TRUSTEE FOR ESTATE OF DOMENICO PANZARINO | $49,549.51 | $49,549.51 | $0.00 | $49,549.51 |
| 5 | Department of Treasury Internal Revenue Service | $17,735.58 | $17,735.58 | $0.00 | $17,735.58 |

Total to be paid to secured creditors: $67,285.09
Remaining balance: $96,400.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $13,250.00 | $0.00 | $13,250.00 |
| David E. Grochocinski, Trustee Expenses | $1,138.48 | $0.00 | $1,138.48 |
| InnovaLaw, PC, Attorney for Trustee Fees | $47,855.00 | $0.00 | $47,855.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $194.97 | $0.00 | $194.97 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $2,148.00 | $0.00 | $2,148.00 |
| CLERK OF THE US BANKRUPTCY COURT, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses: $64,836.45
Remaining balance: $31,563.94

UST Form 101-7-TFR (5/1/2011)

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $31,563.94 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $103,253.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE | $66,839.97 | $0.00 | $20,432.48 |
| 5a | Department of Treasury Internal Revenue Service | $36,413.92 | $0.00 | $11,131.46 |

| | Total to be paid to priority claims: | $31,563.94 |
|---|---|---|
| | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $190,959.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American Contractors Indemnity Co. | $14,212.69 | $0.00 | $0.00 |
| 2 | Midland Funding LLC | $980.39 | $0.00 | $0.00 |
| 4 | VCNA Prairie, Illinois Inc. | $175,766.50 | $0.00 | $0.00 |

| | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $10,313.74 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured)

UST Form 101-7-TFR (5/1/2011)

claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 5b | Department of Treasury  Internal Revenue Service | $10,313.74 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**