# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-45010-DRC |
| | § | |
| RITA PANZARINO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 on July 12, 2013 in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   06/04/2013            By:   /s/ David E. Grochocinski
                                                (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-45010-DRC |
| | § | |
| RITA PANZARINO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $200,000.00
*and approved disbursements of*     $36,314.52
*leaving a balance on hand of[1]:*     $163,685.48

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 0 | GINA B KROL TRUSTEE FOR ESTATE OF DOMENICO PANZARINO | $49,549.51 | $49,549.51 | $0.00 | $49,549.51 |
| 5 | Department of Treasury Internal Revenue Service | $17,735.58 | $17,735.58 | $0.00 | $17,735.58 |

Total to be paid to secured creditors:     $67,285.09
Remaining balance:     $96,400.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $13,250.00 | $0.00 | $13,250.00 |
| David E. Grochocinski, Trustee Expenses | $1,138.48 | $0.00 | $1,138.48 |
| InnovaLaw, PC, Attorney for Trustee Fees | $47,855.00 | $0.00 | $47,855.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| InnovaLaw, PC, Attorney for Trustee Expenses | $194.97 | $0.00 | $194.97 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $2,148.00 | $0.00 | $2,148.00 |
| CLERK OF THE US BANKRUPTCY COURT, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $64,836.45 |
| Remaining balance: | $31,563.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $31,563.94 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $103,253.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 3 | INTERNAL REVENUE SERVICE | $66,839.97 | $0.00 | $20,432.48 |
| 5a | Department of Treasury Internal Revenue Service | $36,413.92 | $0.00 | $11,131.46 |

| | |
|---|---:|
| Total to be paid to priority claims: | $31,563.94 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $190,959.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to | Proposed Amount |
|---|---|---:|---:|---:|

UST Form 101-7-NFR (10/1/2010)

|   | Claimant |   |   | Date |
|---|---|---|---|---|
| 1 | American Contractors Indemnity Co. | $14,212.69 | $0.00 | $0.00 |
| 2 | Midland Funding LLC | $980.39 | $0.00 | $0.00 |
| 4 | VCNA Prairie, Illinois Inc. | $175,766.50 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $10,313.74 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 5b | Department of Treasury Internal Revenue Service | $10,313.74 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski

UST Form 101-7-NFR (10/1/2010)

1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-45010-DRC
Rita Panzarino                                                            Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 3            Date Rcvd: Jun 05, 2013
                              Form ID: pdf006         Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2013.
```
db          #Rita Panzarino,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247162    +A & R Cement, Inc.,   805 Seacrest,   Bartlett, IL 60103-5094
16247163    +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247181    +American Chartered Bank,   388 S. Main Street,   Bartlett, IL 60103-4423
16247182    +American Contractors Indemnity Co.,   c/o Elizer & Meyerson LLC,   900 Skokie Blvd, Ste. 100,
              Northbrook, IL 60062-4014
16247183     Apple Canyon Lake POA,   14 A 157 Canyon Club Drive,   Apple River, IL 61001
16247185     Bank of America,   PO Box 15710,   Wilmington, DE 19886-5710
16247186    +Claude H. Hurley Co.,   175 West First Street,   Elmhurst, IL 60126-2815
16247188    +David R. Heidner,   159 Wellington Dr,   Bloomingdale, IL 60108-3012
16247189    +Deutsche Bank National Trust Co,   GSAMP Trust 2007-FM2,   60 Wall Street Front 1,
              New York, NY 10005-2880
16247196     HSBC Card Services,   PO Box 17313,   Baltimore, MD 21297-1313
16247192    +Highway Technologies, Inc.,   33946 Treasury Center,   Chicago, IL 60694-3900
16247193    +Holmes Testing Laboratories, Inc.,   PO Box 1377,   Deerfield, IL 60015-6006
16247195     Home Depot,   P.O. Box 6029,   The Lakes, NV 88901-6029
16247197    +John J. O'Leary,   Walters Levine Klingensmith et al,   20 S Clark Street, Suite 500,
              Chicago, IL 60603-1832
16247198    +Litton Loan Servicing,   4828 Loop Central Drive,   Houston, TX 77081-2166
16270271    +Litton Loan Servicing, LP,   PO BOX 829009,   Dallas, TX 75382-9009
16247200     Menards,   PO Box 5219,   Carol Stream, IL 60197-5219
16247199     Menards,   Retail Services,   P.O. Box 17602,   Baltimore, MD 21297-1602
19932089     Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
16247202     Office Depot,   PO Box 689020,   Des Moines, IA 50368-9020
16247203    +Ozinga Illinois RMC, Inc.,   18825 Old LaGrange Road,   Mokena, IL 60448-8350
16247204    +Pierce & Associates,   1 N. Dearborn,   Suite 1300,   Chicago, IL 60602-4373
16247207    +VCNA Prairie, Illinois Inc.,   c/o John J. O'Leary,   Walters Levine,   Klingensmith & Thomison,
              20 S Clark Street #500,   Chicago, IL 60603-1832
16247208    +W.C. French,   PO Box 572884,   Houston, TX 77257-2884
16247209    +West Bend Mutual Insurance Co,   1900 South 18th Ave,   West Bend, WI 53095-9791
16680499    +c/o Elizer & Meyerson, LLC,   900 Skokie Blvd. #100,   Northbrook, Illinois 60062-4014
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16247184        E-mail/Text: g17768@att.com Jun 06 2013 00:53:42      AT & T,   P.O. Box 8100,
                Aurora, IL 60507-8100
16710694        E-mail/PDF: rmscedi@recoverycorp.com Jun 06 2013 00:57:51      Capital Recovery IV LLC,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16247187        E-mail/Text: creditonebknotifications@resurgent.com Jun 06 2013 00:51:18      CreditOne Bank,
                PO Box 60500,   City Of Industry, CA 91716-0500
17363098        E-mail/Text: cio.bncmail@irs.gov Jun 06 2013 00:48:11
                Department of Treasury  Internal Revenue Service,   P O Box 7346,   Philadelphia, PA  19101-7346
16247191        E-mail/Text: bankruptcy@wrightexpress.com Jun 06 2013 00:55:08      Fleet Services,   PO Box 6293,
                Carol Stream, IL 60197-6293
16247194        E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2013 00:57:34      Home Depot,   P.O. 103047,
                Roswell, GA 30076
16780818        E-mail/Text: cio.bncmail@irs.gov Jun 06 2013 00:48:11      INTERNAL REVENUE SERVICE,
                IRS Centralized Insolvency Operation,   P.O. Bpx 21126,   Philadelphia, PA 19114
16247201       +E-mail/Text: bankrup@aglresources.com Jun 06 2013 00:51:00      Nicor,   PO Box 310,
                Aurora, IL 60507-0310
19932090        E-mail/PDF: rmscedi@recoverycorp.com Jun 06 2013 00:59:36
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
16247206        E-mail/Text: appebnmailbox@sprint.com Jun 06 2013 00:51:49      Sprint,   PO Box 4181,
                Carol Stream, IL 60197-4181
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Grochocinski, Grochocinski and Lloyd Ltd
16247169*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247170*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247171*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247172*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247173*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247174*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247175*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247176*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247177*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247178*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247179*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247164*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247165*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247166*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247167*      +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
```

```
District/off: 0752-1          User: acox              Page 2 of 3              Date Rcvd: Jun 05, 2013
                              Form ID: pdf006         Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****
16247168*   +A & R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247180*   +A&R Cement, Inc.,   805 Seacrest Lane,   Bartlett, IL 60103-5094
16247190   ##+Domenico Panzarino,   805 Seacrest,   Bartlett, IL 60103-5094
16247205   ##+Rita Panzarino,   805 Seacrest,   Bartlett, IL 60103-5094
                                                                               TOTALS: 1, * 17, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 07, 2013**                **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: acox              Page 3 of 3              Date Rcvd: Jun 05, 2013
                              Form ID: pdf006         Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2013 at the address(es) listed below:

```
              Ariane   Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com
              Ariane   Holtschlag    on behalf of Plaintiff David E Grochocinski aholtschlag@wfactorlaw.com
              Colleen E McManus    on behalf of Defendant    Litton Loan Servicing, LP cmcmanus@carlsondash.com,
               knoonan@carlsondash.com;jbubacz@carlsondash.com
              David  Brown, ESQ    on behalf of Debtor Rita   Panzarino dbrown@springerbrown.com,
               marigonzo@springerbrown.com;jill@springerbrown.com
              David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    dgrochocinski@innovalaw.com,   deg@trustesolutions.net
              David E Grochocinski    on behalf of Accountant   Scott, Horewitch, Pidgeon & Abrams LLC
               dgrochocinski@innovalaw.com,   deg@trustesolutions.net
              David P Lloyd   on behalf of Trustee David E Grochocinski courtdocs@davidlloydlaw.com
              Gabrielle  Hirz    on behalf of Defendant   United States of America, Department of the Treasury,
               Internal Revenue Service gabrielle.g.hirz@usdoj.gov,   northern.taxcivil@usdoj.gov
              Gina B Krol, ESQ    on behalf of Defendant Gina  Krol gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Kathleen M. McGuire   on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net
              Mitchell  Lieberman    on behalf of Defendant   Litton Loan Servicing, LP
               mlieberman@noonanandlieberman.com,
               igarza@noonanandlieberman.com;sneedham@noonanandlieberman.com;ccocanig@noonanandlieberman.com
              Mitchell  Lieberman    on behalf of Creditor   Litton Loan Servicing, LP
               mlieberman@noonanandlieberman.com,
               igarza@noonanandlieberman.com;sneedham@noonanandlieberman.com;ccocanig@noonanandlieberman.com
              Mitchell  Lieberman    on behalf of Creditor   Litton Loan Servicing LP
               mlieberman@noonanandlieberman.com,
               igarza@noonanandlieberman.com;sneedham@noonanandlieberman.com;ccocanig@noonanandlieberman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Terri M Long   on behalf of Defendant    Litton Loan Servicing, LP Courts@tmlong.com
              William C Elwell    on behalf of Defendant   United States of America, Department of the Treasury,
               Internal Revenue Service william.c.elwell@usdoj.gov,   northern.taxcivil@usdoj.gov
                                                                                             TOTAL: 17
```