**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45010-DRC |
| | § | |
| RITA PANZARINO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $8,800.00 | Assets Exempt: | $20,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $98,849.03 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $101,150.97 | | |

3) Total gross receipts of $200,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $200,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $67,285.09 | $67,285.09 | $67,285.09 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $101,150.97 | $101,150.97 | $101,150.97 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $103,253.89 | $103,253.89 | $31,563.94 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $201,273.32 | $201,273.32 | $0.00 |
| **Total Disbursements** | NA | $472,963.27 | $472,963.27 | $200,000.00 |

4). This case was originally filed under chapter 7 on 10/07/2010.  The case was pending for -1329 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2013          By:   /s/ David E. Grochocinski
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1/2 INTEREST IN 805 SEACREST LANE, BARTLETT | 1110-000 | $200,000.00 |
| **TOTAL GROSS RECEIPTS** | | $200,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Department of Treasury Internal Revenue Service | 4120-000 | NA | $17,735.58 | $17,735.58 | $17,735.58 |
| 0 | GINA B KROL TRUSTEE FOR ESTATE OF DOMENICO PANZARINO | 4120-000 | NA | $49,549.51 | $49,549.51 | $49,549.51 |
| **TOTAL SECURED CLAIMS** | | | NA | $67,285.09 | $67,285.09 | $67,285.09 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $13,250.00 | $13,250.00 | $13,250.00 |
| David E. Grochocinski, Trustee | 2200-000 | NA | $1,138.48 | $1,138.48 | $1,138.48 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $155.93 | $155.93 | $155.93 |
| SURVEY | 2500-000 | NA | $350.00 | $350.00 | $350.00 |
| Tallgrass of Bartlett | 2500-000 | NA | $595.00 | $595.00 | $595.00 |
| TITLE INS, WIRE FEES, ETC | 2500-000 | NA | $1,855.50 | $1,855.50 | $1,855.50 |
| Green Bank | 2600-000 | NA | $3,397.13 | $3,397.13 | $3,397.13 |
| CLERK OF THE US BANKRUPTCY COURT | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| COUNTY TAXES | 2820-000 | NA | $300.00 | $300.00 | $300.00 |
| REDEMPTION OF TAXES | 2820-000 | NA | $8,826.33 | $8,826.33 | $8,826.33 |

| | | | | | |
|---|---|---|---|---|---|
| TAX PRORATION 2010 | 2820-000 | NA | $8,341.85 | $8,341.85 | $8,341.85 |
| TAX PRORATION 2011 | 2820-000 | NA | $1,416.97 | $1,416.97 | $1,416.97 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 2990-000 | NA | $295.32 | $295.32 | $295.32 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $47,855.00 | $47,855.00 | $47,855.00 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $194.97 | $194.97 | $194.97 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee | 3410-000 | NA | $2,148.00 | $2,148.00 | $2,148.00 |
| COMMISSIONS, Realtor for Trustee | 3510-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| REALTOR EXPENSES, Realtor for Trustee | 3520-000 | NA | $780.49 | $780.49 | $780.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $101,150.97 | $101,150.97 | $101,150.97 |

### **EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

### **EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE | 5800-000 | NA | $66,839.97 | $66,839.97 | $20,432.48 |
| 5a | Department of Treasury Internal Revenue Service | 5800-000 | NA | $36,413.92 | $36,413.92 | $11,131.46 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $103,253.89 | $103,253.89 | $31,563.94 |

### **EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Contractors Indemnity Co. | 7100-000 | NA | $14,212.69 | $14,212.69 | $0.00 |
| 2 | Midland Funding LLC | 7100-000 | NA | $980.39 | $980.39 | $0.00 |
| 4 | VCNA Prairie, Illinois Inc. | 7100-000 | NA | $175,766.50 | $175,766.50 | $0.00 |
| 5b | Department of | 7200-000 | NA | $10,313.74 | $10,313.74 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 10-45010   Doc 57   Filed 01/10/14   Entered 01/10/14 09:00:27   Desc Main
              Document      Page 5 of 9

| | | | | |
|---|---|---|---|---|
| Treasury Internal Revenue Service | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $201,273.32 | $201,273.32 | $0.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 10-45010-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | PANZARINO, RITA | Date Filed (f) or Converted (c): | 10/07/2010 (f) |
| For the Period Ending: | 8/12/2013 | §341(a) Meeting Date: | 11/23/2010 |
| | | Claims Bar Date: | 03/02/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1/2 INTEREST IN 805 SEACREST LANE, BARTLETT | $330,000.00 | $0.00 | | $200,000.00 | FA |
| 2 | 1/2 INTERSET IN SMALL LOT IN APPLE CANYON LAKE | $8,000.00 | $0.00 | | $0.00 | FA |
| 3 | CASH | $100.00 | $0.00 | | $0.00 | FA |
| 4 | CHECKING ACCOUNT | $250.00 | $0.00 | | $0.00 | FA |
| 5 | HOUSEHOLD GOODS | $2,000.00 | $0.00 | | $0.00 | FA |
| 6 | CLOTHING | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | JEWELRY | $2,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**
$343,350.00    $0.00    $200,000.00    $0.00

**Major Activities affecting case closing:**
ADVERSARY PENDING REGARDING SALE OF HOUSE AND AVOIDANCE OF LIEN OF 1ST MORTGAGE; LIEN FILED IN WRONG COUNTY AND 3 YEARSPRIOR THENR EFILED WITHIN 90 DAYS IN DUPAGE COUNTY; SUMMARY JUDGMENT ALLOWED IN MOTION TO SELL PROPERTY; REAL ESTATE SALE APPROVED AND CLOSING PENDING; ADVERSARY JUDGMENT IN FAVOR OF TRUSTEE; AVOIDANCE OF LIEN OF MORTGAGE AS PERFERENCE ON APPEAL BY MORTGAGE COMPANY
APPEAL PENDING FILED BY LITTON

| Initial Projected Date Of Final Report (TFR): | 12/30/2012 | Current Projected Date Of Final Report (TFR): | 06/30/2014 | /s/ DAVID E. GROCHOCINSKI |
|---|---|---|---|---|
| | | | | DAVID E. GROCHOCINSKI |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-45010-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | PANZARINO, RITA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9374 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/7/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/12/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2012 | | CHICAGO TITLE & TRUST CO | SALE OF 805 SEACREST LANE | * | $168,128.86 | | $168,128.86 |
| | {1} | | | $200,000.00 | 1110-000 | | $168,128.86 |
| | | | COMMISSIONS | $(10,000.00) | 3510-000 | | $168,128.86 |
| | | | REALTOR EXPENSES | $(780.49) | 3520-000 | | $168,128.86 |
| | | | SURVEY | $(350.00) | 2500-000 | | $168,128.86 |
| | | | REDEMPTION OF TAXES | $(8,826.33) | 2820-000 | | $168,128.86 |
| | | | COUNTY TAXES | $(300.00) | 2820-000 | | $168,128.86 |
| | | | TITLE INS, WIRE FEES, ETC | $(1,855.50) | 2500-000 | | $168,128.86 |
| | | | TAX PRORATION 2010 | $(8,341.85) | 2820-000 | | $168,128.86 |
| | | | TAX PRORATION 2011 | $(1,416.97) | 2820-000 | | $168,128.86 |
| 03/09/2012 | 3001 | David Grochocinski | REIMBURSEMENT FOR HOA CHARGES | 2990-003 | | $295.32 | $167,833.54 |
| 03/12/2012 | 3001 | VOID: David Grochocinski | REIMBURSEMENT FOR HOA CHARGES | 2990-003 | | ($295.32) | $168,128.86 |
| 03/12/2012 | 3002 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR HOA CHARGES | 2990-000 | | $295.32 | $167,833.54 |
| 03/16/2012 | 3003 | Tallgrass of Bartlett | PAID ASSESSMENT LETTER CHARGES | 2500-000 | | $595.00 | $167,238.54 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $252.46 | $166,986.08 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $269.46 | $166,716.62 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $269.03 | $166,447.59 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $259.93 | $166,187.66 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $294.12 | $165,893.54 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $233.15 | $165,660.39 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $267.32 | $165,393.07 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $275.50 | $165,117.57 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $249.25 | $164,868.32 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $266.04 | $164,602.28 |
| 02/21/2013 | 3004 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | $155.93 | $164,446.35 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $239.89 | $164,206.46 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $264.97 | $163,941.49 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $256.01 | $163,685.48 |
| 07/15/2013 | 3005 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $13,250.00 | $150,435.48 |
| | | | | **SUBTOTALS** | $168,128.86 | $17,693.38 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-45010-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | PANZARINO, RITA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9374 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 10/7/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/12/2013 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2013 | 3006 | David E. Grochocinski | Trustee Expenses | 2200-000 |  | $1,138.48 | $149,297.00 |
| 07/15/2013 | 3007 | CLERK OF THE US BANKRUPTCY COURT | Distribution on Claim #: 6; | 2700-000 |  | $250.00 | $149,047.00 |
| 07/15/2013 | 3008 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 |  | $47,855.00 | $101,192.00 |
| 07/15/2013 | 3009 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 |  | $194.97 | $100,997.03 |
| 07/15/2013 | 3010 | Scott Horewitch Pidgeon & Abrams, LLC | Distribution on Claim #: ; | 3410-000 |  | $2,148.00 | $98,849.03 |
| 07/15/2013 | 3011 | Department of Treasury Internal Revenue Service | Distribution on Claim #: 5; | 4120-000 |  | $17,735.58 | $81,113.45 |
| 07/15/2013 | 3012 | GINA B KROL TRUSTEE FOR ESTATE OF DOMENICO PANZARINO | Distribution on Claim #: ; | 4120-000 |  | $49,549.51 | $31,563.94 |
| 07/15/2013 | 3013 | INTERNAL REVENUE SERVICE | Distribution on Claim #: 3; | 5800-000 |  | $20,432.48 | $11,131.46 |
| 07/15/2013 | 3014 | Department of Treasury Internal Revenue Service | Distribution on Claim #: 5; | 5800-000 |  | $11,131.46 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $168,128.86 | $168,128.86 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 |  |
| Subtotal | $168,128.86 | $168,128.86 |  |
| Less: Payments to debtors | $0.00 | $0.00 |  |
| **Net** | $168,128.86 | $168,128.86 |  |

| For the period of 10/7/2010 to 8/12/2013 |  | For the entire history of the account between 02/16/2012 to 8/12/2013 |  |
|---|---|---|---|
| Total Compensable Receipts: | $200,000.00 | Total Compensable Receipts: | $200,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $200,000.00 | Total Comp/Non Comp Receipts: | $200,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $200,000.00 | Total Compensable Disbursements: | $200,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $200,000.00 | Total Comp/Non Comp Disbursements: | $200,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-45010-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | PANZARINO, RITA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9374 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/7/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/12/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $168,128.86 | $168,128.86 | $0.00 |

**For the period of 10/7/2010 to 8/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $200,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $200,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $200,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $200,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/07/2010 to 8/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $200,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $200,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $200,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $200,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |